IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TODD GLENN DEAN,

    Plaintiff,

v.                                                                     Civil Action No. 5:19CV14
                                                                                                  (STAMP)

F. ENTZEL, Warden,
CHAPLAIN MARIA,
CHAPLAIN FUENTES,
CHAPLAIN SUPERVISORY CHAPLIN,
and UNKNOWN AGENT,

    Defendants.

**ORDER GRANTING AS FRAMED PLAINTIFF'S SECOND MOTION
FOR AN EXTENSION OF TIME TO FILE OBJECTIONS
TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DENYING AS MOOT PLAINTIFF'S FIRST MOTION FOR
AN EXTENSION OF TIME TO FILE OBJECTIONS TO
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On April 17, 2019, the plaintiff, Todd Glenn Dean, filed a motion for extension of time to file objections to the magistrate judge's report and recommendation. ECF No. 9. The plaintiff specifically requests that he be granted a 90-day extension to file any such objections. Id. at 1. In support of this motion, the plaintiff states that the prison in which is incarcerated "just came off a week[-]long lockdown . . . only to go right back on lockdown." Id.

Then, on July 1, 2019, the plaintiff filed a motion for an extension of time to file objections to the magistrate judge's report and recommendation. ECF No. 12. The plaintiff specifically requests that he be granted a 45-day extension to file any such objections. Id. at 1. In support of this motion, the plaintiff

states that the prison in which he is incarcerated has been on lockdown.  Id. at 1.

For good cause shown, the plaintiff's motion for an extension of time (ECF No. 12) is hereby GRANTED AS FRAMED and plaintiff's earlier motion for extension of time (ECF No. 9) is DENIED AS MOOT. Accordingly, the plaintiff is ORDERED to file any objections to the magistrate judge's report and recommendation on or before **August 14, 2019**.

IT IS SO ORDERED.

The Clerk is DIRECTED to transmit a copy of this order to the pro se plaintiff by certified mail and to counsel of record herein.

DATED:   July 24, 2019

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE